REQUIRED STATEMENT TO ACCOMPANY
ALL MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s)  Eric C Thomas          Case No. 21-05531          Chapter 13

All Cases: Moving Creditor  Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust          Date Case Filed  4/27/2021

Nature of Relief Sought:  ■ Lift Stay    □ Annul Stay    □ Other (describe) _____

Chapter 13:  Date of Confirmation Hearing  6/14/2021    Or Date Plan Confirmed _____

Chapter 7:  □ No-Asset Report Filed on _____
           □ No-Asset Report not filed, Date of Creditors Meeting _____

1. Collateral
    a. ■ Home
    b. □ Car Year, Make, and Model _____
    c. □ Other (describe) _____

2. Balanced Owed as of July 1, 2021    $53,497.41, principal balance, $79,255.60 payoff balance
   Total of all other Liens against Collateral    $_____

3. In Chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition:
   Attached as Exhibit E

4. Estimated Value of Collateral (must be supplied in *all* cases)    $157,000.00 (based on debtors Schedule A/B)

5. Default
    a. □ Pre-Petition Default
       Number of months _____    Amount  $_____
    b. ■ Post-Petition Default
       i. ■ On direct payments to the moving creditor
          Number of months  3    Amount  $1,970.49
       ii. □ On payments to the Standing Chapter 13 Trustee
          Number of Months _____    Amount  $_____ through _____

6. Other Allegations
    a. □ Lack of Adequate Protection § 362(d)(1)
       i. □ No insurance
       ii. □ Taxes unpaid    Amount  $_____
       iii. □ Rapidly depreciating asset
       iv. □ Other (describe) _____

    b. □ No Equity and not Necessary for an Effective reorganization § 362(d)(2)

    c. □ Other "Cause" § 362(d)(1)
       i. □ Bad Faith (describe) _____
       ii. □ Multiple Filings
       iii. □ Other (describe) _____

    d. Debtor's Statement of Intention regarding the Collateral
       i. □ Reaffirm    ii. □ Redeem    iii. □ Surrender    iv. ■ No Statement of Intention Filed

Date:  July 6, 2021                   /s/ Josephine J. Miceli
                                      Counsel for Movant