IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Eric C Thomas

Debtor

Bankruptcy No. 21-05531
Judge Jacqueline P. Cox
Chapter: 13

## NOTICE OF DEFAULT

NOTICE IS HEREBY GIVEN that the Debtor has defaulted under the terms of the August 2, 2021 Agreed Order Conditioning Stay, a copy of which is attached. The present default is calculated as follows:

| | |
|---|---:|
| Stipulation payments due: | |
| September 15, 2021, 1 payment at $368.09 | $368.09 |
| Post Petition Payments due: | |
| September 1, 2021, 1 payment at $656.83 each | $656.83 |
| Suspense balance | ($363.17) |
| TOTAL DEFAULT | $661.75 |

PURSUANT TO THE TERMS of August 2, 2021 Agreed Order Conditioning Stay, the automatic stay will be modified unless cure is made pursuant to the terms of the order.

## CERTIFICATE OF SERVICE

TO: Eric C Thomas, 8215 S Elizabeth, Chicago, IL 60620
David M. Siegel, David M. Siegel & Associates, 790 Chaddick Drive, Wheeling, IL 60090

I, Josephine J. Miceli, an attorney, certify that I caused to be mailed copies of this notice of default to the parties listed above on September 30, 2021, postage prepaid by depositing the same in the U.S. Mail at 500 West Lincoln Highway, Merrillville, IN 46410. The remaining parties were served by this Court's CM/ECF electronic noticing system.

/s/ Josephine J. Miceli
Josephine J. Miceli, IL ARDC #6243494

Josephine J. Miceli
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
**THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**