# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re:<br>Eric C Thomas,<br><br>Debtor. | Chapter 13<br><br>Case No. 21-05531<br><br>The Hon. Judge Jacqueline P. Cox |

## **NOTICE OF LIFTING OF AUTOMATIC STAY**

      NOW COMES Selene Finance LP as Servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust ("Creditor"), by and through its attorneys, Robertson, Anschutz, Schneid, Crane & Partners, PLLC, and hereby gives notice that the Debtor has failed to comply with the Order entered on August 2, 2021. A notice of Debtor's default was filed and mailed to the Debtor, Debtor's attorneys, the Trustee, and the United States Trustee on September 30, 2021. More than fifteen (15) days have passed and the Debtor has failed to cure the default. Pursuant to said Order, the automatic stay is lifted without further hearing or Order of the Court. The Proof of Claim filed on behalf of said Creditor in connection with the Property shall hereby be withdrawn and said Creditor is hereby granted leave to file an unsecured Proof of Claim for the deficiency balance, if any, resulting from the sale of the Property and such Proof of Claim shall be deemed timely filed.

DATED: October 28, 2021

                                        Selene Finance LP as Servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust

                                        By: */s/Pinju Chiu*
                                             Pinju Chiu
                                             One of its Attorneys

SAMANTHA C. SAN JOSE (#6319469)
PINJU CHIU (#6329542)
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorneys at Law
200 West Madison Street, Suite 2100
Chicago, IL 60606
Telephone: 470-321-7112
ssanjose@raslg.com
pchiu@raslg.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 28, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail, postage pre-paid, or via electronic mail, to the following:

Eric C Thomas
8215 S. Elizabeth
Chicago, IL 60620

David M Siegel
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090

Thomas H. Hooper
Office of the Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

/s/ *Pinju Chiu*
Attorney for Creditor